**Michael D. WILKINS; Edward
F. Hodges, Plaintiffs–
Appellants,**

v.

**Norman HUDSON, Chief of Police,
South Hill Police Department,
Defendant–Appellee.**

No. 02–2039.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 21, 2002.

Decided Nov. 27, 2002.

Michael D. Wilkins, Edward F. Hodges,
Appellants Pro Se. Barrett Erskine Pope,
Amy Jacqueline Inge, Durrette Bradshaw,
P.L.C., Richmond, Virginia, for Appellee.

Before NIEMEYER, WILLIAMS, and
TRAXLER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Michael D. Wilkins and Edward F.
Hodges appeal the district court's order

denying relief on their 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Wilkins v. Hudson,* No. CA–02–398 (E.D.Va. Aug. 6, 2002). In light of this disposition, we deny Hudson's motion to dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*